# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2011

142805

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LINDA SUE WOLFORD,
      Plaintiff-Appellee,

v

PHILLIP ANTHONY PIKARSKI,
      Defendant,

and

THUMB HOME REAL VIDEO, LLC,
      Defendant-Appellant.

SC: 142805
COA: 295989
Huron CC: 09-004076-NI

_____/

      On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion.

      MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2011 _____

_____
Clerk

h0726